UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ALF AANONSEN | : | CASE NO. 18-50762 |
| DEBTOR | : | JULY 18, 2018 |

## AMENDMENT TO PETITION

The debtor in the above-entitled matter respectfully amends his petition to add the unit number to his address, as follows:

Alf Aanonsen
362 Davis Avenue, Unit #4
Greenwich, CT 06830

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____
Alf Aanonsen

THE DEBTOR,
ALF AANONSEN

By: _____
Ellery E. Plotkin
Law Offices of Ellery E. Plotkin, LLC
777 Summer Street, 2nd Floor
Stamford, CT 06901
203-325-4457
Ct04648

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the __18__ day of July, 2018, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1.  Documents Served:
Amendment to Petition

2.  Parties Served Via First Class Mail:
Alf Aanonsen
362 Davis Avenue, Unit 4
Greenwich, CT 06830
(Debtor)

3.  Parties Served Via Court's electronic filing system:

Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Anthony S. Novak
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975
AnthonySNovak@aol.com
(Chapter 7 Trustee)

Jeffrey Hellman
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510
jeff@jeffhellmanlaw.com
(Attorney for Movant, Michael A. Suarez)

___/s/ Ellery E. Plotkin___
Ellery E. Plotkin
Commissioner of Superior Court