UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ALF AANONSEN | : | CASE NO. 18-50762 |
| DEBTOR | : | JANUARY 2, 2019 |

### NOTICE OF APPEARANCE

Received on 1-7-2019 at 11:20 a.m.

Please enter the PRO SE appearance of ALF AANONSEN in the above-entitled case as Debtor.

The undersigned respectfully requests that all notices be given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon the undersigned. Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules, and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone and otherwise.

_____
ALF AANONSEN
DEBTOR

203-249-3110
362 Davis Ave #4
Greenwich CT 06830

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the ___3rd___ day of January, 2019 the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:
Notice of Appearance

2. Parties Served Via First Class Mail: None

3. Parties Served Via Court's electronic filing system:

Ellery E. Plotkin
Law Offices of Ellery E. Plotkin, LLC
16 River Street
Norwalk, CT 06850
(Attorney for Debtor)

Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Anthony S. Novak
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975
AnthonySNovak@aol.com
(Chapter 7 Trustee)

Jeffrey Hellman
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510
jeff@jeffhellmanlaw.com
(Attorney for Movant, Michael A. Suarez)

Michael A. Suarez, as Trustee
Of the MAS Family Trust
c/o Attorney Kellianne Baranowsky
Green & Sklarz LLC
700 State Street, Suite 100
New Haven, CT 06511

___/s/ Ellery E. Plotkin___
Ellery E. Plotkin
Commissioner of Superior Court