Connecticut Local Form Change of Address                                                    06/2020

# United States Bankruptcy Court
# District of Connecticut

FILED
2020 SEP 29 P 2: 53
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

Name(s) of Debtor(s) listed on the bankruptcy case: **ALF J. AANONSEN**

Case No.: 18-50762 jam
Adversary Proceeding No.: 18-05036 jam
Chapter: 7

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☒ Debtor   ☐ Joint Debtor   ☐ Creditor   ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: _____

*Separate forms must be completed for each requestor updating their address.*

List the address previously provided to the Court:
Street Address - Line 1: **362 DAVIS Ave, Unit 4**
Street Address - Line 2:
ATTN: Line (if applicable, for Creditor):
City, State and Zip Code: **GREENWICH CT 06830**

List the new address:
(new) Street Address - Line 1: **PO BOX 7593**
(new) Street Address - Line 2:
(new) ATTN: Line (if applicable, for Creditor):
(new) City, State and Zip Code: **GREENWICH CT 06836**

Filer's printed full name: **ALF J. AANONSEN**
Title of corporate officer, partner, or agent (if applicable):

Filer's signature: [signature]
Date: 9/29/20